IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00512-EWN-MJW

AMANDA SILVA RODRIGUEZ,

Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, a/k/a SUN LIFE FINANCIAL, a Canadian corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Caption, which was filed on May 19, 2006 (Docket No. 11), is granted.  Accordingly, the caption is amended to delete reference to "a Delaware corporation" after the defendant's name and to instead state "a Canadian corporation."

Date:  May 24, 2006