IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00512-EWN-MJW

AMANDA SILVA RODRIGUEZ,

Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, a/k/a SUN LIFE FINANCIAL, a Canadian corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Leave to File First Amended Answer and Jury Demand of Sun Life Assurance Company of Canada (document 15) is GRANTED.  The tendered answer shall be filed as of today's date.

Date:  July 3, 2006