IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00512-EWN-MJW

AMANDA SILVA RODRIGUEZ,

Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, a/k/a SUN LIFE FINANCIAL, a Canadian corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference (docket no. 24) is GRANTED.  The settlement conference set on August 8, 2006, at 10:30 a.m. is VACATED and reset to October 5, 2006, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe five (5) days prior to the settlement conference.  The parties and counsel shall be present in person at the settlement conference.

Date:  August 1, 2006