IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00512-EWN-MJW

AMANDA SILVA RODRIGUEZ, an Individual,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, a/k/a SUN LIFE FINANCIAL, a Canadian corporation,

    Defendant.

---

ORDER REGARDING DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE
ORDER REGARDING CONFIDENTIAL DOCUMENTS
(DOCKET NO. 22)

---

Entered by U.S. Magistrate Judge Michael J. Watanabe

This matter is before the court on the Defendant's Motion for Entry of a Protective Order Regarding Confidential Documents (docket no. 22). The court has reviewed the motion and Defendant's response (docket no. 28). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law and order.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

    1.    That I have jurisdiction over the subject matter and over the parties to this lawsuit.

2. That venue is proper in the state and District of Colorado.

3. That each party has been given a fair and adequate opportunity to be heard.

4. That Plaintiff has propounded discovery requests to Defendant Sun Life which requests information that is confidential, proprietary and also includes business trade secrets.

5. That the issuance of a protective order is appropriate, under these circumstances, in order to preserve the confidentiality of such information pursuant to Fed. R. Civ. P. 26(c) and <u>Gomez v. Martin Marietta Corp.</u>, 50 F.3d 1511, 1520 (10th Cir. 1995); <u>Gillard v. Boulder Valley Sch. Dist. RE-2</u>, 196 F.R.D. 382, 385 (D. Colo. 2000).

### ORDER

WHEREFORE, based upon these findings of fact and conclusions of law, this court ORDERS:

1. That Defendant's Motion (docket no. 22) is GRANTED.

2. That the written protective order signed and dated August 11, 2006, is APPROVED as amended in paragraph 8 and made an Order of Court.

3. That each party shall pay their own attorney fees and costs for this motion.

Done this 11th day of August 2006.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge