IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00512-EWN-MJW

AMANDA SILVA RODRIGUEZ, AN INDIVIDUAL,

     Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, A/K/A SUN LIFE FINANCIAL, a Canadian corporation,

     Defendant.

---

**PROPOSED ORDER ON**
**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND JURY DEMAND**
( Docket No 44 )

---

     This matter having come before the Court on Defendant's Unopposed Motion for Leave to File Second Amended Answer and Jury Demand, and the court having reviewed same and finding it to be in proper form, hereby GRANTS same.

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant is granted leave to file its Second Amended Answer and Jury Demand.

     Dated this 28 day of September, 2006.

Magistrate Judge Michael J. Watanabe